IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Michael P. Zey, | ) | C/A NO.  2:11-2481-CMC-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| State of South Carolina; North Charleston | ) | |
| Police Department, Ninth Judicial Circuit, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint, filed in the Northern District

of Georgia and thereafter transferred to this Court.  In accordance with 28 U.S.C. § 636(b) and Local

Civil Rule 73.02(B)(2)(e), DSC, this matter was referred to United States Magistrate Judge Bristow

Marchant for pre-trial proceedings and a Report and Recommendation ("Report").  On October 3,

2011, the Magistrate Judge issued a Report recommending that the complaint be dismissed without

prejudice and without issuance and service of process.  The Magistrate Judge advised Plaintiff of

the procedures and requirements for filing objections to the Report and the serious consequences if

he failed to do so.  Plaintiff has filed no objections to the Report and the time for doing so has

expired.

The Magistrate Judge makes only a recommendation to this court.  The recommendation has

no presumptive weight, and the responsibility to make a final determination remains with the court.

*See Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo*

determination of any portion of the Report of the Magistrate Judge to which a specific objection is

made.  The court may accept, reject, or modify, in whole or in part, the recommendation made by

1

the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28

U.S.C. § 636(b). The court reviews the Report only for clear error in the absence of an objection.

*See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that

"in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but

instead must only satisfy itself that there is no clear error on the face of the record in order to accept

the recommendation.") (citation omitted).

After reviewing the record of this matter, the applicable law, and the Report and

Recommendation of the Magistrate Judge, the court agrees with the conclusions of the Magistrate

Judge. Accordingly, the court adopts and incorporates the Report and Recommendation by

reference in this Order.

This action is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 26, 2011

2